Ethan Preston (263295)
PRESTON LAW OFFICES
1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (phone)
(312) 262-1007 (facsimile)
ep@eplaw.us

David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

*Attorneys for Plaintiffs Timothy DuFour and Kenneth Tanner, on their own behalves and on behalf of all others similarly situated,*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated, | No. 09-03770-CRB |
| | Judge Charles R. Breyer |
| Plaintiffs, | **DECLARATION OF ETHAN PRESTON IN SUPPORT OF PRELIMINARY INJUNCTION** |
| v. | |
| BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., MTS HOLDINGS GROUP, INC., California corporations, 1901 CO., a Nevada corporation, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, VITALY RASHKOVAN, and DOES 1-100, inclusive, | **Date:** November 6, 2009<br>**Time:** 10:00 am<br>**Location:** Courtroom 8, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |
| Defendants. | |

ETHAN PRESTON hereby declares:

1. My name is Ethan Preston. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge.

2. On or about July 15, 2009, I had a service obtain the registration for the

fictitious business name "My Talent Service" from the County of Los Angeles. A true and correct copy of this registration is attached to this Declaration as Exhibit A. The registration indicates that MTS Holdings Group, Inc. registered "My Talent Service" as a fictitious business name, and lists Vitaly Rashkovan as the "owner" of MTS.

3. A true and correct copy of the California Secretary of State's agent for service of process listing for MTS Holdings Group, Inc. is attached to this Declaration as Exhibit B. This listing indicates Vitaly Rashkovan is MTS Holdings Group, Inc.'s authorized agent for service of process.

4. On or about July 20, 2009, I downloaded the webpage publicly available at http://gonnabe.com/kids/News/Latest/About-Be.html. A true and correct copy of this webpage is attached to this Declaration as Exhibit C. This webpage states in relevant part:

> Be is a multifaceted organization designed to give young artists the resources, services, experience and exposure that they need in order to succeed in the entertainment industry. . . . Be's management team is headed by entertainment industry veterans with deep knowledge and expertise in casting, production and talent management, giving the company an insider's perspective on Hollywood. . . . Are You an AGENT Looking for Talent? Looking for talent for your next big production? CLICK HERE

5. On or about July 20, 2009, I downloaded the webpage publicly available at http://gonnabe.com/kids/FAQs/Frequently-Asked-Questions/What-is-Be.html. A true and correct copy of this webpage is attached to this Declaration as Exhibit D. This webpage states in relevant part:

> Be. Provide's [sic] a proven game plan in which the artist gets to work with top entertainment pros that who will prepare them to be evaluated by top agents, managers and casting directors in San Francisco and Hollywood. If you've been told your child has talent, and you want to get their career launched in the entertainment industry, you've come to THE right place. Remember there are a lot of things you will need to prepare before you can get started in TV, film and commercials! Here at BE, we'll help you with the details of everything you'll need to know.
> . . .
> Are You an AGENT Looking for Talent? Looking for talent for your next big production? CLICK HERE

6. On or about July 20, 2009, I downloaded the webpage publicly available at http://gonnabe.com/kids/Terms-and-Conditions/User-Agreement/User-Agreement.html. A

true and correct copy of this webpage is attached to this Declaration as Exhibit E. This webpage states in relevant part: (1) "Our website, www.gonnabe.com (the "Website") is owned and operated by BE Marketing Ltd, which is located at 57 Woody Close, Delves Lane, County Durham Consett DH8 7HN United Kingdom"; and (2) "Are You an AGENT Looking for Talent? Looking for talent for your next big production? CLICK HERE."

7. On or about July 20, 2009, I downloaded the webpage publicly available at http://gonnabe.com/kids/Talent-Representation/Agents-/-Filmmakers/Looking-for-Talent.html. A true and correct copy of this webpage is attached to this Declaration as Exhibit F. This webpage states in relevant part:

> Looking for Talent?
> Browse Our Talent
> Would you like to look through all of our Talent to find just the perfect fit? CLICK HERE
> Talent Search
> Looking for a specific criteria to meet your production needs? CLICK HERE
> AGENT / CASTING AGENT Registration
> Are you interested in using our talent for an upcoming role in a Movie, Television Show, or Commercial? Do you think one of our kids would be great for your professional print catalog or advertisement? Do you have a need for some incredible dancers in your next production? Are you an Agent and you are interested in representing one or more of our kids? CLICK HERE.

The links from this webpage lead to a database of Be., LLC customers.

8. On or about July 20, 2009, I downloaded the webpage publicly available at http://gonnabe.com/kids/FAQs/Frequently-Asked-Questions/Are-you-like-an-agent.html. A true and correct copy of this webpage is attached to this Declaration as Exhibit G. This webpage states in relevant part:

> Are you an Agency?
> NO, we are not an agency nor do we procure jobs for our members. However, we are the source for meeting 100's of agents, managers, casting directors, and producers that are responsible for signing and helping our members work each year. . . . Are You an AGENT Looking for Talent? Looking for talent for your next big production? CLICK HERE

9. On or about August 11, 2009, I obtained copies of UCC security interest registrations in Be., LLC's property that Jacob Steinbeck and 1901 Co. had filed with the California Secretary of State. A true and correct copy of these registrations are attached to this

Declaration as Exhibits H and I, respectively.

10. On or about September 8, 2009, I had a telephone conference with Mark Tew, who is Monterey Financial Services, Inc.'s general counsel. Mr. Tew is a member of the California bar. In this telephone conference, Mr. Tew indicated that Monterey Financial Services, Inc. has purchased Be., LLC's account receivables and confirmed that Monterey may contact former Be., LLC customers in order to collect unpaid amount allegedly due under those contracts.

11. On September 18, 2009, I used the service at Domaintools.com to obtain historical information about the domain name "mytalentservice.com." I have no reason to believe that any information provided by Domaintools.com is inaccurate. A true and correct copy of the June 23, 2009 domain name registration information for "mytalentservice.com" I obtained from Domaintools.com is attached to this Declaration as Exhibit J. The June 23, 2009 domain name registration for the domain name "mytalentservice.com" lists "[V]ic [R]ashkovan" as the administrative and technical contact for that domain name.

12. On September 23, 2009, I visited the website at http://beproductionsscam.blogspot.com and downloaded the webpage publicly available at http://beproductionsscam.blogspot.com/2009/07/eric-desando-in-dallas-texas.html. A true and correct copy of this webpage is attached to this Declaration as Exhibit K. This website is maintained by Scott Poggenburg, who is a disgruntled former customer of Be., LLC. The posting attached as Exhibit K purports to contain a copy of an email sent from Erik DeSando to another disgruntled former customer of Be., LLC. This purported email states in relevant part:

> the company has been taken over by a conservatorship by the biggest debtor who has a UCC filing on any assets...meaning there is nothing left to return to customers. . . . my recommendation is to use the services and discounts still available and not waste your time trying to get money from a company that is on the verge of bankrupcy.

I have no reason to believe that this posting inaccurately reports Mr. DeSando's email.

13. On or about September 24, 2009, I downloaded the webpage publicly

Declaration of Ethan Preston           4           No. 09-03770-CRB

available at http://gonnabe.com/kids/. A true and correct copy of this webpage is attached to this Declaration as Exhibit L. This webpage states in relevant part: (1) "We have decided to ask for assistance from 'My Talent Services' (MTS) which is an independent company that was contracted by Be LLC to provide the services to which our members are entitled"; (2) "Are You an AGENT Looking for Talent? Looking for talent for your next big production? CLICK HERE"; and (3) lists "talentservice@mytalentservice.com" as a "Scheduling Email," used to communicate with Be., LLC customers.

14.     Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2009        By: _s/Ethan Preston_____
                                    Ethan Preston (263295)
                                    PRESTON LAW OFFICES, LLC
                                    1658 North Milwaukee Avenue, No. 253
                                    (312) 492-4070 (phone)
                                    (312) 262-1007 (facsimile)
                                    ep@eplaw.us