Ethan Preston (263295)
PRESTON LAW OFFICES
1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (phone)
(312) 262-1007 (facsimile)
ep@eplaw.us

David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

*Attorneys for Plaintiffs Timothy DuFour and Kenneth Tanner, on their own behalves and on behalf of all others similarly situated,*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., MTS HOLDINGS GROUP, INC., California corporations, 1901 CO., a Nevada corporation, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, VITALY RASHKOVAN, and DOES 1-100, inclusive, <br><br> Defendants. | No. 09-03770-CRB <br><br> Judge Charles R. Breyer <br><br> **DECLARATION OF KENNETH TANNER IN SUPPORT OF PRELIMINARY INJUNCTION** <br><br> **Date:** November 6, 2009 <br> **Time:** 10:00 am <br> **Location:** Courtroom 8, 19th Floor <br> 450 Golden Gate Ave. <br> San Francisco, CA 94102 |

KENNETH TANNER hereby declares:

1. My name is Kenneth Tanner. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge.

2. In late January or early February, my son and I encountered one of Be., LLC's

salespeople in a mall. The salesperson indicated that my eight year-old son would be a good candidate for some acting work and invited my son to participate in a Be., LLC screentest. Shortly thereafter, my wife and my son attended the screentest. After the initial encounter and particularly after the screentest, my son frequently expressed an interest in becoming a professional actor, and expressed interest in earning money by acting in a TV show or a movie.

3. On February 5, 2009, my son and I had a third meeting with Be., LLC's salespeople. During this meeting, the central thrust of Be., LLC's salespeople's representations was that Be., LLC's services would provide access to auditions, or "showcases," in front of talent agents, who would then be able to secure professional employment as an actor for my son. At this third meeting, my wife and I signed a contract with Be., LLC. A true and correct copy of this contract is attached to this Declaration as Exhibit A, except that my counsel has redacted certain private information. The contract purports to provide "discounts" on the fees charged by Be., LLC's service providers, including a "discounted" $25 "Showcase Registration Fee." The contract also states: "We are an entertainment company that offers a membership comprised of a collection of resources, discounts and a support system designed to help individuals get started on a pathway to success." The contract also states: "Purchaser acknowledges and agrees that none of the offerings of be. [sic] include any promise or guarantee of employment in the entertainment industry, whether oral or written, expressed or implied."

4. At the third meeting, we received an instructions manual. A true and correct excerpt of this instructions manual is attached to this Declaration as Exhibit B. This excerpt states:
> Agents, managers and casting directors are always looking for new talent. Talent showcases are your opportunity to interview with several of these professionals at once with the goal of gaining representation. Showcases give you a chance to experience a real audition. You will gain access to and benefit from the opinions of top industry professionals. Each showcase has a $25 registration fee. . . . DYNAMIC SHOWCASES wants every member to have a chance to acquire an agent! . . . DYNAMIC SHOWCASES works with top agents and managers, helping in the showcase process of thousands of kids in the industry.

5. Immediately I after returned home from the February 5 meeting, I read the instruction manual and skimmed through the website at http://gonnabe.com. The instruction manual and the website were consistent with the representations made by Be., LLC's salespeople.

6. The purposes my son and I retained Be., LLC's services were (1) to have my son participate in a "showcase" or audition with a talent agent, in order to obtain representation for my son that would provide him with gainful employment as a professional actor and income from the same; and (2) to receive any career advice or assistance necessary for my son to obtain such representation. If Be., LLC had disclosed that the "Showcase Registration Fee" violated California law, I would not have agreed to pay Be., LLC for its services. If Be., LLC had disclosed that California law required it to refund fees for services that it promised to perform and which were not performed, I would have asked for a refund. Be., LLC has not provided my son with a successful audition; indeed, no one from Be., LLC ever contacted my family about arranging a showcase for my son after the February 5 meeting, and my understanding is that Be., LLC has shut down its Tarzana office where the showcases took place. My son has never received any income as a professional actor, or any other income from the entertainment industry.

7. I made an initial payment to Be., LLC of $325 shortly after signing the contract. Monterey Financial Services, Inc. withdrew four monthly payments of $208.38 from my bank account for March, April, May, and June via my debit card. In late June or early July 2009, I canceled Monterey's authorization to debit fees from my bank account. Beginning on or about July 6, Monterey began to call me virtually daily to demand that I continue to pay under my contract with Be., LLC.

8. My wife's mother has Alzheimer's disease. I left my employment as a project manager at an office furniture installation firm to care for my wife's mother full time. Although my wife has continued to work at her job, we are financially struggling. My family cannot realistically afford more than a $1,000 bond for the injunctive relief requested in the

1 | Motion.

2. Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Pursuant to Section X of the Northern District of California's General Order No. 45 on electronic case filing and 28 U.S.C.§ 1746, in lieu of Kenneth Tanner's signature on this declaration, Ethan Preston attests that Kenneth Tanner is the signatory of this declaration, and that Kenneth Tanner concurred to this declaration on September 29, 2009.*

Dated: September 29, 2009            By: s/Ethan Preston
                                          Ethan Preston (263295)
                                          PRESTON LAW OFFICES, LLC
                                          1658 North Milwaukee Avenue, No. 253
                                          (312) 492-4070 (phone)
                                          (312) 262-1007 (facsimile)
                                          ep@eplaw.us

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

 AGREEMENT

We are an entertainment company that offers a **membership** comprised of a collection of resources, discounts and a support system designed to help individuals get started on a pathway to success.



Corporate Headquarters
5900 Hollis Street, Suite R2, Emeryville, CA 94608  Tel. (510) 899-6780  www.gonnabe.com

Contract date: 2/5/2009

**CHILD INFORMATION**

**PARENT/ GUARDIAN**

First Name: Ken
Last Name: Tanner

**MEMBERSHIP**

Membership Package: Guest Star

Form of Payment: **12 Month Financing**   Check or CC # _____ / _____

Price: $2,520.00  Down Payment: $325.00  Payment Plan: **12 Month Financing**

Membership is valid for 2 years.  Expiration Date: 2/5/2011

Ongoing Training: _____   Amount Financed: $2,195.00

$25 fee on any NSF or "Stop Pay" check or declined credit/debit card payment. Maximum interest allowable by law will be charged on unpaid balances until collected.

By initialing below, I understand that the following discounted fees are required when attending workshops, photo shoots, and showcases from be service providers and are subject to change. These prices are per child.

Initial
X_____  $25.00 Instructor Fee per Acting Workshop
X_____  $75.00 for 50 Duplicate Photos
X_____  $25.00 Showcase Registration Fee
X_____  $50.00 Word of Mouth Marketing
X_____  $30.00 Ongoing Acting Workshop (per workshop)
X_____  $25.00 Singing Program Workshop (per workshop)
X_____  $25.00 Dance Program Workshop (per workshop)
X_____  $25.00 Modeling Program Workshop

Purchaser acknowledges and agrees that none of the offerings of be include any promise or guarantee of employment in the entertainment industry, whether oral or written, expressed or implied.                                      Parent/Guardian Initials X _____

Our cancellation policy complies with section 1689.22 of the California Seminar Sales Act. You, the buyer, may cancel this transaction in writing by fax, email or post without any penalty or obligation, within three business days from the date of this transaction. See the Notice of Cancellation form on the reverse side for complete instructions for canceling. We will respond within 10 days following the notice by the Buyer of Cancellation. For inquiries, disputes, complaints, or if you have questions about returns, please call your local be office.
Parent/Guardian/Buyer signature(s) acknowledges and accepts the cancellation policy as stated above and the backside of this document.

_____  _____         _____
(Be. Talent Director)            Print Name                                                                  Signature

_____  _____         _____
(Parent/Guardian)                Print Name                                                                  Signature

_____  _____         _____
(Buyer)                                Print Name                                                                  Signature

(Date) _____  be. sends emails with newsletters, updates, and specials. Please check here if you would like not to receive these emails. ____

CUSTOMER COPY

# Notice of Cancellation

Transaction Date: _____

You may cancel this transaction, without any penalty or obligation, within three business days from the above date. Business days are Monday through Friday excluding holidays.

If you cancel, any property traded-in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be canceled.

If you cancel, you must make available to the seller, in substantially as good condition as when received, any goods delivered to you under the contract or sale, or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the sellers's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your notice of cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, a fee of $25.00 per information referral kit and $25.00 **Be.** Bag will be deducted from any potential refund.

_____
(Buyer's Name)

_____
(Child's Name)

### Cancellation Policy

Cancellation will be accepted upon your **mailing, faxing, or hand-delivering, within three business days from the transaction date, a signed and dated copy of this cancellation notice to your local be. office.**
Please see your Talent Director's card for local address and / or fax number.

### Refund Policy

You will be eligible to receive a refund upon you completing the above cancellation step and returning the information / referral kit via mail or hand delivery.

Reason of Cancellation:

_____
_____
_____
_____

I, _____
(Buyer's Signature)

hereby cancel this transaction on (Date)_____

For inquiries, disputes, complaints, or if you have questions about cancellations, please call you local be. office.

Note: When sending the information / referral kit by mail, It is recommended that buyer send it by Certified Mail, so that the buyer's name is included in or on the package to insure proper account is credited.

---

Please call your local **Be.** Office for their business hours. Cancellation requests, information/referral kit, and **Be.** Bag returns may be hand delivered **by appointment only with your Talent Director.**

*Cancellations after 3 days will be at the sole discretion of be.*

**FOR OFFICE USE ONLY**
Information Referral Kits Received By _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

# 4th Step Showcase Evaluation

be.

# 4 — SHOWCASE EVALUATION

## Your Time to Shine

You have now completed the boot camp acting classes and are ready to be evaluated by Hollywood as well as local agents, managers, and casting directors. One of the most exciting aspects of this program is our state-of-the-art video conferencing system. All the Los Angeles-based agents, managers, casting directors, and industry professionals will gather in Southern California. Be. members will get to meet the best agents in Hollywood without leaving your local Be. office! These agents complete a thorough evaluation of your child's talent and email it to you, stating your child's strengths and the actions that need to be taken in order to be represented up by a manager or agent.

Agents, casting directors and managers are always looking for new talent. Talent showcases are your opportunity to interview with several of these professionals at once with the goal of gaining representation. Showcases give you a chance to experience a real audition. You will gain access to and benefit from the opinions of top industry professionals. Each showcase has a $25 registration fee.

## How to Prepare: DIRECTIONS

- Call the Be. Hotline for the next showcase date. The Hotline will be provided by the scheduling department
- Make 5 copies of the submission form (front of talent kit) on 110 lbs. white paperstock.
- Remember to include a photo.
- Send/Drop off to Be. office 2 weeks in advance.
- Prepare a short, one-minute monologue or commercial script.
- Practice, practice, practice! Watch yourself in front of the mirror, or have Mom and Dad tape you.
- Each artist will audition individually. Sorry parents, you aren't allowed to watch the audition.
- These evaluations will be mailed to you.
- The agents will personally contact you if they are interested in representation.
- Remember your lines.
- Bring a smile.
- HAVE A BLAST!!



## After the Showcase

- Agents and managers will offer helpful tips for improvement via mail.
- You can take this valuable feedback to your ongoing classes with Rising Stars.
- A customized class can be designed for you based on individual need.
- If you need clarification regarding the evaluation forms bring them to class with you, and your instructor will gladly explain them to you.
- If you do not receive an offer of representation, DON'T PANIC! Often times, it can take years of training, feedback, and showcasing - perseverance is the key to this business.
- DYNAMIC SHOWCASES wants every member to have a chance to acquire an agent!

DYNAMIC SHOWCASES works with top agents and managers, helping in the showcase process of thousands of kids in the industry.

