Ethan Preston (263295)
PRESTON LAW OFFICES
1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (phone)
(312) 262-1007 (facsimile)
ep@eplaw.us

David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

*Attorneys for Plaintiffs Timothy DuFour and Kenneth Tanner, on their own behalves and on behalf of all others similarly situated,*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., MTS HOLDINGS GROUP, INC., California corporations, 1901 CO., a Nevada corporation, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, VITALY RASHKOVAN, and DOES 1-100, inclusive,<br><br>Defendants. | No. 09-03770-CRB<br><br>Judge Charles R. Breyer ~~ORDER~~<br><br>**~~NOTICE OF MOTION; MOTION~~ FOR LEAVE TO FILE OVERSIZE BRIEF PURSUANT TO CIVIL LOCAL RULE 7-11** |

Pursuant to Civil L.R. 7-11, Plaintiffs Timothy DuFour ("DuFour") and Kenneth Tanner ("Tanner") hereby move for leave to file an oversize Memorandum of Points and Authorities in support of their Motion for Preliminary Injunction ("Memorandum").

Plaintiffs' Memorandum is twenty one (21) pages long, excluding table of content, table of authorities, declarations, and exhibits. Under Civil L.R. 7-2(b), such briefs can be twenty five (25) pages long. Under paragraph 5 of the Court's Standing Order, however, such briefs are limited to fifteen (15) pages in length. While Plaintiffs have endeavored to be as concise as possible, the Motion's subject matter, the facts supporting the Motion, and the law supporting the Motion all require more than fifteen pages for Plaintiffs to adequately advocate for their position.

Plaintiffs have not been able to contact all the Defendants, let alone serve them with process. In some cases, Defendants appear to have actively avoided service. For this reason, Plaintiffs were unable to obtain a stipulation under Civil L.R. 7-12. (Preston Decl. ¶ 1.)

Dated: October 8, 2009

By:    s/Ethan Preston
Ethan Preston (263295)
PRESTON LAW OFFICES
1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (phone)
(312) 262-1007 (facsimile)
ep@eplaw.us

David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com



October 13, 2009