1 DAVID SHRAGA (SBN 229098)
KAWAHITO & SHRAGA LLP
2 11845 W. Olympic Blvd. Suite 665
Los Angeles, California 90064
3 Telephone: (310) 746-5300
Facsimile: (310) 593-2520
4 david@kawahitoshraga.com

5 Attorneys for Defendants
MTS HOLDINGS GROUP, INC.,
6 1901 CO. and VITALY RASHKOVAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY DuFOUR AND KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., MTS HOLDINGS GROUP, INC., California Corporations, 1901 CO., a Nevada corporation, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FLACK, JACOB STEINBECK, VITALY RASHKOVAN, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT** |

Defendants MTS Holdings Group, Inc., 1901 CO., and Vitaly Rashkovan ("Defendants") and plaintiffs Timothy DuFour and Kenneth Tanner ("Plaintiffs") hereby submit this joint stipulation pursuant Local Rule 6-1 of the United States District Court for the Northern District of California and FRCP 6.

WHEREAS, Plaintiffs filed the original Complaint in this matter on or about August 17, 2009; and

WHEREAS, Plaintiffs have agreed to extend Defendants' deadline to respond to the Complaint through December 18, 2009; and

WHEREAS, the filer of this document, David Shraga, attests that he has obtained the concurrence to the filing of this document by the other signatory hereto, Ethan Preston.

IT IS THEREFORE STIPULATED by and among the parties that Defendants' deadline to respond to Plaintiffs' Complaint shall be extended through December 18, 2009.

DATED: November 30, 2009    KAWAHITO & SHRAGA LLP

By   /s/ David Shraga
DAVID R. SHRAGA
Attorneys for Defendants
MTS HOLDINGS GROUP, INC., 1901 CO.
and VITALY RASHKOVAN

DATED: November 30, 2009    PRESTON LAW OFFICES

By   /s/ Ethan Preson
ETHAN PRESTON
Attorneys for Plaintiffs
TIMOTHY DUFOUR and KENNETH TANNER

Signed:  December 1, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA