IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DUFOUR. et al., | No. CV 09-3770 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BE LLC. et al., | |
| Defendant. | |

On December 7, 2009, this Court issued an order granting-in-part Plaintiffs' motion for a preliminary injunction. The order specified that a bond was to be posted in the amount of $2000. It is hereby further ORDERED that the bond is to be deposited with the clerk's office to be entered in the registry of the Court.

Further, as explained on the record at the December 4 hearing, Plaintiffs' motion for expedited discovery is granted in part. Plaintiff is hereby granted permission to conduct limited discovery in order to effect service on the heretofore unserved defendants.

Lastly, the deadlines in the Court's August 17, 2009, case management order are continued until all Defendants have either (1) appeared through counsel, or (2) have been

///

///

///

served and the Court has entered a default judgment against them.

**IT IS SO ORDERED.**

Dated: December 10, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE