KAWAHITO&
SHRAGA LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY DuFOUR AND KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., MTS HOLDINGS GROUP, INC., California Corporations, 1901 CO., a Nevada corporation, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, VITALY RASHKOVAN, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE PLAINTIFFS' DEADLINE TO FILE FIRST AMENDED COMPLAINT AND DEFENDANTS' DEADLINE TO RESPOND** |

The Court, having read and considered the STIPULATION RE PLAINTIFFS' DEADLINE TO FILE FIRST AMENDED COMPLAINT AND DEFENDANTS' DEADLINE TO RESPOND, finding good cause therefor, hereby ORDERS as follows:

(1) Plaintiffs' deadline to file their First Amended Complaint shall be March 2, 2010, and

(2) Defendants' 1901 Co., MTS Holdings Group, Inc., and Vitaly Rashkovan's deadline to respond to the First Amended Complaint shall be March 22, 2010.

**IT IS SO ORDERED.**

DATED: Feb. 25, 2010 

_____
HON. CHARLES R. BREYER
JUDGE OF THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA