Matthew R. Orr, Bar No. 202091
Michael S. Orr, Bar No. 196844
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
morr@calljensen.com
msorr@calljensen.com

Attorneys for Defendant Monterey Financial Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., MTS HOLDINGS GROUP, INC., California corporations, 1901 CO., a Nevada corporation, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, VITALY RASHKOVAN, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>**[PROPOSED] ORDER TO WITHDRAW DEFAULT AS TO MONTEREY FINANCIAL SERVICES, INC.**<br><br><br><br>Complaint Filed: August 17, 2009<br>Trial Date: None Set |

IT IS HEREBY ORDERED that Plaintiffs' default as to Defendant Monterey Financial Services, Inc. is withdrawn. Monterey Financial Services, Inc. shall respond to the First Amended Complaint no later than March 29, 2010.

Dated: March 23, 2010



Honorable Charles R. Breyer
United States District