IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY DUFOUR, et al.,

    Plaintiffs,

 v.

BE LLC et al.,

    Defendants.

No. C 09-3770 CRB

**ORDER**

As stated in this Court's February 2 order, all dismissals were without prejudice.

**IT IS SO ORDERED.**

Dated: April 12, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3770\Order Clarifying.wpd