Matthew R. Orr, Bar No. 202091
Michael S. Orr, Bar No. 196844
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000
Fax: (949) 717-3100
morr@calljensen.com
msorr@calljensen.com

Attorneys for Defendant Monterey Financial Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., MTS HOLDINGS GROUP, INC., California corporations, 1901 CO., a Nevada corporation, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, VITALY RASHKOVAN, and DOES 1-100, inclusive, <br><br> Defendants. | Case No.  09-03770-CRB <br><br> Judge Charles R. Breyer <br><br> **AMENDED** <br> [~~PROPOSED~~] **ORDER CONTINUING MONTEREY FINANCIAL SERVICES, INC.'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)** <br><br> Old Date:     May 7, 2010 <br> New Date:   ~~May 27, 2010~~  May 28, 2010 <br> Time:          10:00 a.m. <br> Location:    Courtroom 8, 19th Floor <br>                     450 Golden Gate Ave. <br>                     San Francisco, CA 94102 <br><br><br> Complaint Filed:  August 17, 2009 <br> Trial Date:          None Set |

1   IT IS HEREBY ORDERED pursuant to the request of Monterey Financial
2   Services, Inc., that its Motion to Dismiss Pursuant to FRCP 12(b)(6) shall be continued
3   from May 7, 2010, to ~~May 27,~~ May 28 2010, at 10:00 a.m. in Courtroom 8 of the United States
4   District Court for the Northern District of California.

6   Dated: __April 20, 2010____



7   Honorable Charles R. Breyer
    United States District Judge