Ethan Preston (263295)
PRESTON LAW OFFICES
21001 North Tatum Boulevard, Suite 1630-430
Phoenix, Arizona 85050
(312) 492-4070 (telephone)
(312) 262-1007 (facsimile)
ep@eplaw.us

Robert M. Bramson (102006)
Michael S. Strimling (96135)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
(925) 945-0200 (telephone)
(925) 945-8792 (facsimile)
rbramson@bramsonplutzik.com
mstrimling@bramsonplutzik.com

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., a California corporations, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, and DOES 1-100, inclusive,<br><br>Defendants. | No. 09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>**STIPULATION REGARDING THE CURRENT BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

**STIPULATION REGARDING THE CURRENT BRIEFING SCHEDULE**

WHEREAS, the Court's last case management order states in relevant part: "Briefing schedule set for motion for summary judgment: Motion due by 10/01/2010.  Response due by 10/22/2010. Reply due by 10/29/2010." (Dkt. No. 95).

WHEREAS, a class certification hearing date has not yet been set by the Court;

WHEREAS, Plaintiffs contend that there is not sufficient time under the current briefing schedule to complete the discovery necessary for class certification, identify all class members, brief a motion for class certification, and complete dissemination of class notice prior to October 1, 2010.

THEREFORE, the parties hereby stipulate that the briefing schedule set forth in Docket No. 95 applies only to Defendants' motions for summary judgment, and does not apply to any motion for summary judgment that Plaintiffs might bring, and that Plaintiffs are not required to file a motion for summary judgment prior to class certification.

Dated: July 29, 2010          By:       s/Ethan Preston
                                        Ethan Preston (263295)
                                        PRESTON LAW OFFICES
                                        1658 North Milwaukee Avenue, No. 253
                                        Chicago, IL 60622
                                        (312) 492-4070 (telephone)
                                        (312) 262-1007 (facsimile)
                                        ep@eplaw.us

                                        Robert M. Bramson (102006)
                                        Michael S. Strimling (96135)
                                        BRAMSON, PLUTZIK, MAHLER &
                                        BIRKHAEUSER, LLP
                                        2125 Oak Grove Road, Suite 120
                                        Walnut Creek, California 94598
                                        Telephone: (925) 945-0200
                                        Facsimile: (925) 945-8792
                                        rbramson@bramsonplutzik.com
                                        mstrimling@bramsonplutzik.com

                                        David C. Parisi (162248)
                                        Suzanne Havens Beckman (188814)
                                        PARISI & HAVENS LLP
                                        15233 Valleyheart Drive
                                        Sherman Oaks, California 91403
                                        (818) 990-1299 (telephone)
                                        (818) 501-7852 (facsimile)
                                        dcparisi@parisihavens.com
                                        shavens@parisihavens.com

*Attorneys for Plaintiffs*

Dated: July 29, 2010       By:      /S/
David Shraga (229098)
Kawahito & Shraga LLP
11845 W. Olympic Blvd. Suite 665
Los Angeles, California 90064
(310) 746-5300 (telephone)
(310) 593-2520 (facsimile)
david@kawahitoshraga.com

*Attorneys for Jacob Steinbeck*

Dated: July 29, 2010       By:      /S/
Matthew R. Orr (202091)
Michael S. Orr (196844)
CALL & JENSEN
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
(949) 717-3000 (telephone)
(949) 717-3100 (facsimile)
morr@calljensen.com
msorr@calljensen.com

*Attorneys for Monterey Financial Services, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 2, 2010       By: _____
Honorable Charles R. Breyer
United States District Court



---

Stipulation and [Proposed] Order         3         No. 09-3770 CRB