Ethan Preston (263295)
PRESTON LAW OFFICES
21001 North Tatum Boulevard, Suite 1630-430
Phoenix, Arizona 85050
(312) 492-4070 (telephone)
(312) 262-1007 (facsimile)
ep@eplaw.us

Robert M. Bramson (102006)
Michael S. Strimling (96135)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
(925) 945-0200 (telephone)
(925) 945-8792 (facsimile)
rbramson@bramsonplutzik.com
mstrimling@bramsonplutzik.com

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., a California corporations, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, and DOES 1-100, inclusive, <br><br> Defendants. | No. 09-03770-CRB <br><br> Judge Charles R. Breyer <br><br> **STIPULATION CONTINUING THE CURRENT BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

**STIPULATION CONTINUING THE CURRENT BRIEFING SCHEDULE**

WHEREAS, the Court's case management order states in relevant part: "Briefing schedule set for motion for summary judgment: Motion due by 10/01/2010. Response due by 10/22/2010. Reply due by 10/29/2010. Motion Hearing set for 11/5/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco." (Dkt. No. 95).

WHEREAS, Defendant Jacob Steinbeck's ("Mr. Steinbeck") lead trial counsel is taking a summer vacation between August 11 and August 23 and will therefore be unavailable during that time period.

WHEREAS, Plaintiffs noticed depositions for Jeffrey Tisdale, David Newman, and Barry Falck on dates during that period prior to receiving notice of Mr. Steinbeck's counsel's vacation plans.

WHEREAS, the parties agreed to not proceed with those depositions on the noticed dates in light of Mr. Steinbeck's counsel's unavailability.

WHEREAS, the parties agree that a continuation of the summary judgment briefing schedule is warranted.

WHEREAS, the parties agree to meet and confer in good faith to coordinate scheduling of all depositions subsequent to August 24 in order to accommodate the schedules of counsel, the parties, and any third parties.

WHEREAS, no deadline has currently been set for completion of class discovery or filing of a motion for class certification, and no trial date has been set, such that the continuation of the summary judgment briefing schedule will not affect any other deadline in this case.

WHEREAS, the parties agree that this stipulation is without prejudice to any of their rights to seek additional relief from the Court with respect to any scheduling issues on any grounds besides those specifically referenced above, and that this stipulation shall not be construed as relief on any other grounds.

THEREFORE, the parties hereby stipulate that:

1.  The briefing schedule set forth in Docket No. 95 shall be modified as follows:

    (a)  the deadline for Defendants to file their motions for summary judgment shall be

continued until October 22, 2010;

(b) the deadline for Plaintiffs to file any opposition to Defendants' motion for summary judgment shall be continued until November 15, 2010;

(c) the deadline for Defendants' reply brief until November 22, 2010; and

(d) the hearing date for the Defendants' motion for summary judgment shall be continued until December 3, 2010.

Dated: August 6, 2010           By:   s/Ethan Preston
                                      Ethan Preston (263295)
                                      PRESTON LAW OFFICES
                                      1658 North Milwaukee Avenue, No. 253
                                      Chicago, IL 60622
                                      (312) 492-4070 (telephone)
                                      (312) 262-1007 (facsimile)
                                      ep@eplaw.us

                                      Robert M. Bramson (102006)
                                      Michael S. Strimling (96135)
                                      BRAMSON, PLUTZIK, MAHLER &
                                      BIRKHAEUSER, LLP
                                      2125 Oak Grove Road, Suite 120
                                      Walnut Creek, California 94598
                                      Telephone: (925) 945-0200
                                      Facsimile: (925) 945-8792
                                      rbramson@bramsonplutzik.com
                                      mstrimling@bramsonplutzik.com

                                      David C. Parisi (162248)
                                      Suzanne Havens Beckman (188814)
                                      PARISI & HAVENS LLP
                                      15233 Valleyheart Drive
                                      Sherman Oaks, California 91403
                                      (818) 990-1299 (telephone)
                                      (818) 501-7852 (facsimile)
                                      dcparisi@parisihavens.com
                                      shavens@parisihavens.com

                                      *Attorneys for Plaintiffs*

Dated: August 6, 2010           By:   /s/
                                      David Shraga (229098)
                                      Kawahito & Shraga LLP
                                      11845 W. Olympic Blvd. Suite 665
                                      Los Angeles, California 90064
                                      (310) 746-5300 (telephone)
                                      (310) 593-2520 (facsimile)
                                      david@kawahitoshraga.com

*Attorneys for Jacob Steinbeck*

Dated: August 6, 2010           By: __/s/_____
Matthew R. Orr (202091)
Michael S. Orr (196844)
CALL & JENSEN
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
(949) 717-3000 (telephone)
(949) 717-3100 (facsimile)
morr@calljensen.com
msorr@calljensen.com

*Attorneys for Monterey Financial Services, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 9, 2010           By: _____
Honorable Charles R. Breyer
United States District Court Judge

