1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY DuFOUR AND KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., MTS HOLDINGS GROUP, INC., California Corporations, 1901 CO., a Nevada corporation, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FLACK, JACOB STEINBECK, VITALY RASHKOVAN, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

KAWAHITO&
SHRAGA LLP

Order Granting Stipulation for Dismissal With Prejudice          No. 09-03770-CRB

1  The Court, having considered the Stipulation for Dismissal With Prejudice, submitted by
2  Plaintiffs and Defendant, and good cause appearing therefor, hereby GRANTS the stipulation and
3  ORDERS Jacob Steinbeck, 1901 Co., MTS Holdings Group, Inc., and Vitaly Rashkovan are
4  hereby dismissed with prejudice from the above captioned action with respect to the entire case
5  and all causes of action previously or currently asserted against them.

**IT IS SO ORDERED.**

DATED:   Oct. 15, 2010

_____
HONORABLE CHARLES R. BREYER
JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*