Ethan Preston (263295)
PRESTON LAW OFFICES
21001 North Tatum Boulevard, Suite 1630-430
Phoenix, Arizona 85050
(312) 492-4070 (telephone)
(312) 262-1007 (facsimile)
ep@eplaw.us

Robert M. Bramson (102006)
Michael S. Strimling (96135)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
(925) 945-0200 (telephone)
(925) 945-8792 (facsimile)
rbramson@bramsonplutzik.com
mstrimling@bramsonplutzik.com

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., a California corporations, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, and DOES 1-100, inclusive,<br><br>Defendants. | No. 09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>**STIPULATION CONTINUING THE BRIEFING SCHEDULE FOR MONTEREY FINANCIAL SERVICES, INC.'S MOTION TO COMPEL ARBITRATION AND [PROPOSED] ORDER** |

# STIPULATION CONTINUING THE BRIEFING SCHEDULE FOR MONTEREY'S MOTION TO COMPEL ARBITRATION

WHEREAS, on July 15, 2011, Defendant Monterey Financial Services, Inc. ("Monterey") filed a Motion to Compel Arbitration and Stay Action as to Plaintiff Tanner ("Motion") which set a hearing on the Motion for August 19, 2011;

WHEREAS, under the ordinary operation of the Civil Local Rules, Plaintiffs' Opposition is due on July 29, 2011, and Monterey's reply is due on August 5, 2011;

WHEREAS, counsel for Plaintiffs have prior commitments that would prejudice Plaintiffs' ability to effectively oppose to the Motion under the current briefing schedule;

THEREFORE, the parties hereby stipulate that:

1. The briefing schedule on the Motion shall be modified in the following manner: (a) Plaintiff's Opposition shall be filed by August 8, 2011; (b) Monterey shall file its reply brief on August 15, 2011; and (c) the hearing shall be set for September 2, 2011, at 10:00 AM in Courtroom 8, 19th Floor, San Francisco before the Honorable Charles R. Breyer (~~if the Court is or has an earlier or later time and date which is convenient to the Court.~~ _____).

2. Except as to the briefing schedule set forth herein, nothing in this stipulation and proposed order shall be construed or deemed to be a waiver of any other position or argument by any party as to any matter in this case, and in particular including Monterey's pending Motion (Dkt. #143) or Plaintiff's pending Motion to Compel (Dkt. #142).

Dated: July 18, 2010     By:     s/Ethan Preston
                                 Ethan Preston (263295)
                                 PRESTON LAW OFFICES
                                 21001 N. Tatum Blvd., Suite 1630-430
                                 Phoenix, Arizona 85050
                                 (312) 492-4070 (telephone)
                                 (312) 262-1007 (facsimile)
                                 ep@eplaw.us

                                 Robert M. Bramson (102006)
                                 Michael S. Strimling (96135)
                                 BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
                                 2125 Oak Grove Road, Suite 120
                                 Walnut Creek, California 94598
                                 Telephone: (925) 945-0200
                                 Facsimile: (925) 945-8792
                                 rbramson@bramsonplutzik.com

|   |   |   |
|---|---|---|
|   |   | mstrimling@bramsonplutzik.com |
|   |   | David C. Parisi (162248)<br>Suzanne Havens Beckman (188814)<br>PARISI & HAVENS LLP<br>15233 Valleyheart Drive<br>Sherman Oaks, California 91403<br>(818) 990-1299 (telephone)<br>(818) 501-7852 (facsimile)<br>dcparisi@parisihavens.com<br>shavens@parisihavens.com |
|   |   | *Attorneys for Plaintiffs* |
| Dated: July 18, 2011 | By: | s/Matthew R. Orr (*with consent*)<br>Matthew R. Orr (202091)<br>Michael S. Orr (196844)<br>CALL & JENSEN<br>610 Newport Center Drive, Suite 700<br>Newport Beach, California 92660<br>(949) 717-3000 (telephone)<br>(949) 717-3100 (facsimile)<br>morr@calljensen.com<br>msorr@calljensen.com |
|   |   | *Attorneys for Monterey Financial Services, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 19, 2011      By: _____
Honorable Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*