IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DUFOUR, et al., | No. C 09-03770 CRB |
| Plaintiffs, | **ORDER COMPELLING ARBITRATION AND STAYING ACTION** |
| v. | |
| BE LLC, et al., | |
| Defendants. | |

For the reasons stated in open court, the Defendant's Motion to Compel Arbitration is GRANTED, with the following restriction. The arbitrator shall not assess against the Plaintiff any fees attributable to claims under the UCL and CLRA.

This action is stayed in its entirety pending resolution of the arbitration.

The stay is automatically lifted upon resolution of the arbitration proceeding.

**IT IS SO ORDERED.**

Dated: September 2, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3770\Order Compelling Arbitration.wpd