Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)
(866-509-1197 (facsimile)
ep@eplaw.us

Robert M. Bramson (102006)
Michael S. Strimling (96135)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
 (925) 945-0200 (telephone)
 (925) 945-8792 (facsimile)
rbramson@bramsonplutzik.com
mstrimling@bramsonplutzik.com

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br> BE., LLC, DYNAMIC SHOWCASES, LLC,  California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., a California corporations, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, and DOES 1-100, inclusive,<br><br>Defendants. | No. 09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>**NOTICE REGARDING THE RESOLUTION OF ARBITRATION BETWEEN KENNETH TANNER AND MONTEREY FINANCIAL SERVICES, INC.** |

**NOTICE REGARDING THE RESOLUTION OF ARBITRATION BETWEEN KENNETH TANNER AND MONTEREY FINANCIAL SERVICES, INC.**

On September 2, 2011, the Court entered an order staying the entire action pending the resolution of the arbitration between Kenneth Tanner and Monterey Financial Services, Inc. before the American Arbitration Association, Inc. (the "AAA") (*See* Dkt. #158.) The Court entered an order closing this case as an administrative matter on June 18, 2012. (*See* Dkt. #160.)

The AAA sent correspondence to the parties on May 18, 2012 that it was closing its file on this matter. Although Plaintiffs have sought to submit a joint notice of the arbitration's resolution with Monterey Financial Services, Inc., they believe any further delay in alerting the Court to the lifting of the stay would be undue. On the basis of the foregoing, Plaintiffs respectfully submit a notice to the Court that the arbitration contemplated by its September 2, 2011order has been concluded and that the Court's stay in this case has been lifted by the terms of such order. Plaintiffs suggest that the Court may wish to schedule a case management conference.

Dated: July 10, 2011

By:   s/Ethan Preston
                     Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)
(866-509-1197 (facsimile)
ep@eplaw.us

Robert M. Bramson (102006)
Michael S. Strimling (96135)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
(925) 945-0200 (telephone)
(925) 945-8792 (facsimile)
rbramson@bramsonplutzik.com
mstrimling@bramsonplutzik.com

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com

shavens@parisihavens.com

*Attorneys for Plaintiffs*