IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DUFOUR, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BE LLC et al.,<br><br>    Defendants. | No. C 09-3770 CRB<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL** |

      Plaintiff moved to seal certain documents submitted in connection with Plaintiff's motion for class certification, noting that Defendant Monterey Financial Services, Inc. ("Monterey") had designated the material confidential but that Plaintiffs did not believe Monterey could justify sealing the information. Northern District of California Civil Local Rule 79-5(d) governs such situations.

      Under that rule, Monterey had seven days to file with the Court a declaration and narrowly tailored sealing order supporting its confidentiality designation. Monterey filed no such declaration, and Rule 79-5(d) provides that failure to do so results in the disputed

//
//
//
//

information becoming part of the public record. Accordingly, Plaintiff's administrative motion to seal (dkt. 186) is DENIED.

**IT IS SO ORDERED.**

Dated: February 25, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE