1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., a California corporations, BE MARKETING LIMITED, a private limited company registered in England and Wales, BARRY FALCK, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO MODIFY MOTIONS FOR CLASS CERTIFICATION DEADLINES<br><br>[Filed Concurrently with [Proposed] Order]<br><br><br>Complaint Filed:  August 17, 2009<br>Trial Date:         None Set |

MON08-02:1118382_1:2-25-13                    - 1 -
[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY MOTIONS FOR CLASS CERTIFICATION DEADLINES

WHEREAS, the Parties have met and conferred regarding Monterey's Motion to Deny Class Certification ("Monterey's Motion") and Plaintiffs' Motion for Class Certification ("Plaintiffs' Motion"), each set for hearing on March 29, 2012.

Having considered the Stipulation of the Parties and finding good cause, the Court ORDERS as follows:

1. Any opposition to Plaintiffs' Motion for Class Certification is due on or before March 15, 2013;

2. Plaintiffs' reply to any opposition is due on or before March 29, 2013;

3. The parties briefing and hearing schedule shall not be further modified except by further Court order for good cause shown.

Dated: February 26, 2013



Honorable Charles R. Breyer
United States

[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY MOTIONS FOR CLASS CERTIFICATION DEADLINES