# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., a California corporations, BE MARKETING LIMITED, a private limited company registered in England and Wales, BARRY FALCK, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [DKT. 187] FROM MARCH 29, 2013 TO APRIL 19, 2013**<br><br>Old Date:   March 29, 2013<br>New Date:  April 19, 2013<br>Time:         10:00 a.m.<br>Crtrm:        6<br><br>Complaint Filed: August 17, 2009<br>Trial Date:          None Set |

MON08-02:3770dufour.DOCX:3-19-13       - 1 -

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [DKT. 187] FROM MARCH 29, 2013 TO APRIL 19, 2013



Having considered the Stipulation of the Parties and finding good cause, the Court ORDERS as follows:

The hearing on Plaintiffs' Motion for Class Certification is continued from March 29, 2013 to April 19, 2013, at 10:00 a.m., in Courtroom 6 of this Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Charles R. Breyer.

IT IS SO ORDERED.

Dated: March 18, 2013



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT