**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

Date: April 18, 2013

**C 09-3770 CRB (LB)**

**Timothy DuFour, et al. v Be LLC, et al.**

Plaintiff Attorney(s):           Ethan Preston, David Parisi (telephonic)
Defendant Attorney(s):      Matthew Orr (telephonic)

                                                      Time:  26 Minutes
Deputy Clerk: **LASHANDA SCOTT**              Reporter: **JoAnn Bryce**

**PROCEEDINGS:**                                                      **RULING:**

1.  Plaintiff's Motion for Sanctions                                  Matter Held
2. 

(  ) Status Conference      (  ) P/T Conference      (  ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX ) ORDER TO BE PREPARED BY:    Plntf_____    Deft_____    Court XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____    for _____

Notes: