Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)
(866-509-1197 (facsimile)
ep@eplaw.us

Robert M. Bramson (102006)
Michael S. Strimling (96135)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
 (925) 945-0200 (telephone)
 (925) 945-8792 (facsimile)
rbramson@bramsonplutzik.com
mstrimling@bramsonplutzik.com

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC,  California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., a California corporations, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, and DOES 1-100, inclusive,<br><br>Defendants. | No. 09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE JULY 19, 2013 CASE MANAGEMENT CONFERENCE** |

[Proposed Order]                                                                                                                  No. 09-3770 CRB

Having reviewed the parties' joint motion to continue the case management conference presently set for July 19 in this matter, the Court finds that it should grant the joint motion and hereby ORDERS that the case management conference shall be continued until to August 16, 2013 at 8:30 a.m., or as soon thereafter as it may be heard in Courtroom 6 of this Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Charles R. Breyer.

Dated: June 5, 2013                    By: _____
                                          The Honorable Charles R. Breyer
                                          United States District Judge for the Northern
                                          District of California



[Proposed Order]                                                              No. 09-3770 CRB