Matthew R. Orr, Bar No. 211097
Michael S. Orr, Bar No. 196844
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000
Fax: (949) 717-3100
morr@calljensen.com
msorr@calljensen.com

Attorneys for Defendant Monterey Financial Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., MTS HOLDINGS GROUP, INC., California corporations, 1901 CO., a Nevada corporation, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, VITALY RASHKOVAN, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  09-03770-CRB<br><br>Judge Charles R. Breyer<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE AUGUST 16, 2013 CASE MANAGEMENT CONFERENCE** |

Complaint Filed: August 17, 2009
Trial Date: None Set

### **ORDER**

Having reviewed the Parties' joint motion to continue the case management conference presently set for August 16th in this matter, this Court hereby grants the joint motion and ORDERS that the Case Management Conference is continued from August 16, 2013 to October 11, 2013 at 8:30 a.m., or as soon thereafter as it may be heard in Courtroom 6 of this Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Charles R. Breyer.

Dated: August 12, 2013



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE