Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)
(866-509-1197 (facsimile)
ep@eplaw.us

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY and JEANNE DuFOUR and KENNETH TANNER, individuals, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BE., LLC, DYNAMIC SHOWCASES, LLC, California limited liability companies, MONTEREY FINANCIAL SERVICES, INC., a California corporations, BE MARKETING LIMITED, a private limited company registered in England and Wales, ERIK DeSANDO, BARRY FALCK, JACOB STEINBECK, and DOES 1-100, inclusive,<br><br>Defendants. | No. 09-03770-CRB<br><br>Magistrate Judge Joseph C. Spero<br>AMENDED<br>~~PROPOSED~~ ORDER RELIEF FROM THE COURT'S DEFAULT SETTLEMENT CONFERENCE ORDER |

[Proposed Order]        No. 09-3770 CRB

1     Having reviewed the parties' joint motion for relief from the Court's default settlement
2 conference order, the Court finds that it should grant the joint motion and hereby ORDERS that
3 the parties shall submit (1) their joint settlement statement and their separate confidential
4 settlement statements by November 27, 2013, and (2) that Plaintiffs are excused from personally
5 attending the December 9, 2013 settlement conference. but shall be on telephone standby. - JCS

6 Dated: 11/25/13      By: _____
    The Honorable Joseph C. Spero
    United States District Court for the Northern
    District of California

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

[Proposed Order]      No. 09-3770 CRB